# UNITED STATES DISTRICT COURT

## District of Minnesota

Ali Hassan,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joseph B. Edlow,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-767 (PJS/DLM)

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. If petitioner is in Minnesota, respondents must immediately release petitioner from custody. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota and then immediately release him from custody.

Date: 2/1/2026

KATE M. FOGARTY, CLERK